# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

IN RE                                             *        BKRTCY. NO. 19-06121 MCF

ACEVEDO VELAZQUEZ, PABLO IVAN                     *        CHAPTER 13
xxx-xx-3726
                                                  *

DEBTOR

## DEBTOR'S NOTICE OF FILING OF *AMENDED SCHEDULE "J"*
## OFFICIAL FORM 106J

TO THE HONORABLE COURT:

COMES NOW, **PABLO IVAN ACEVEDO VELAZQUEZ**, the Debtor in the above captioned case, through the undersigned attorney and very respectfully states and prays as follows:

1. The Debtor is hereby submitting **Amended Schedule "J"**, dated December 20, 2019, herewith and attached to this motion.

2. The amended Schedule "J" is filed to delete the Debtor's 24 years old daughter that was originally incorrectly included as a dependent of the Debtor, in the above captioned case.

### NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 1009(b)

Within thirty (30) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

Page -2-
Notice of Amended Schedule "J"
Case no. 19-06121 MCF13

## CERTIFICATE OF SERVICE

I CERTIFY, that on this same date a copy of this Notice was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee, the US Trustee's Office, and all CM/ECF participants; I also certify that a copy of this notice was sent via regular US mail to the debtor and to all creditors and interested parties appearing in the master address list (CM/ECF non-participants), hereby attached.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 20th day of December, 2019.

/s/*Roberto Figueroa Carrasquillo*
USDC #203614
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
ATTORNEY FOR the DEBTOR
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 FAX 787-746-5294
Email: rfc@rfigueroalaw.com

Fill in this information to identify your case:

Debtor 1: PABLO IVAN ACEVEDO VELAZQUEZ

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO, SAN JUAN DIVISION

Case number (If known): 3:19-bk-6121

Check if this is:
■ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:
MM / DD / YYYY

Official Form 106J
# Schedule J: Your Expenses
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. **Is this a joint case?**

   ■ No. Go to line 2.
   ☐ Yes. Does Debtor 2 live in a separate household?
   
   ☐ No
   ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?** ☐ No

   Do not list Debtor 1 and Debtor 2.   ■ Yes. Fill out this information for each dependent...........

   Do not state the dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Son | 20 | ■ No ☐ Yes |
| Son | 18 | ■ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**  ■ No   ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.   4. $ 0.00

   If not included in line 4:
   
   4a. Real estate taxes   4a. $ 0.00
   4b. Property, homeowner's, or renter's insurance   4b. $ 0.00
   4c. Home maintenance, repair, and upkeep expenses   4c. $ 120.00
   4d. Homeowner's association or condominium dues   4d. $ 0.00

5. Additional mortgage payments for your residence, such as home equity loans   5. $ 0.00

Official Form 106J                    Schedule J: Your Expenses                    page 1

Debtor 1  ACEVEDO VELAZQUEZ, PABLO IVAN  Case number (if known) 3:19-bk-6121

6. **Utilities:**
   - 6a. Electricity, heat, natural gas — 6a. $ 30.00
   - 6b. Water, sewer, garbage collection — 6b. $ 35.00
   - 6c. Telephone, cell phone, Internet, satellite, and cable services — 6c. $ 151.97
   - 6d. Other. Specify: Gas (stove) — 6d. $ 20.00
7. **Food and housekeeping supplies** — 7. $ 641.00
8. **Childcare and children's education costs** — 8. $ 240.00
9. **Clothing, laundry, and dry cleaning** — 9. $ 80.00
10. **Personal care products and services** — 10. $ 140.00
11. **Medical and dental expenses** — 11. $ 90.00
12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. — 12. $ 785.00
13. **Entertainment, clubs, recreation, newspapers, magazines, and books** — 13. $ 50.00
14. **Charitable contributions and religious donations** — 14. $ 0.00
15. **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20.
    - 15a. Life insurance — 15a. $ 0.00
    - 15b. Health insurance — 15b. $ 0.00
    - 15c. Vehicle insurance — 15c. $ 0.00
    - 15d. Other insurance. Specify: — 15d. $ 0.00
16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: — 16. $ 0.00
17. **Installment or lease payments:**
    - 17a. Car payments for Vehicle 1 — 17a. $ 788.00
    - 17b. Car payments for Vehicle 2 — 17b. $ 0.00
    - 17c. Other. Specify: — 17c. $ 0.00
    - 17d. Other. Specify: — 17d. $ 0.00
18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** — 18. $ 600.00
19. **Other payments you make to support others who do not live with you.** Specify: — 19. $ 0.00
20. **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**
    - 20a. Mortgages on other property — 20a. $ 0.00
    - 20b. Real estate taxes — 20b. $ 0.00
    - 20c. Property, homeowner's, or renter's insurance — 20c. $ 0.00
    - 20d. Maintenance, repair, and upkeep expenses — 20d. $ 0.00
    - 20e. Homeowner's association or condominium dues — 20e. $ 0.00
21. **Other:** Specify: — 21. +$ 0.00

22. **Calculate your monthly expenses**
    - 22a. Add lines 4 through 21. — $ 3,770.97
    - 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 — $
    - 22c. Add line 22a and 22b. The result is your monthly expenses. — $ 3,770.97

23. **Calculate your monthly net income.**
    - 23a. Copy line 12 *(your combined monthly income)* from Schedule I. — 23a. $ 3,980.97
    - 23b. Copy your monthly expenses from line 22c above. — 23b. -$ 3,770.97
    - 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. — 23c. $ 210.00

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?
    - ■ No.
    - ☐ Yes. Explain here:

Fill in this information to identify your case:

Debtor 1: **PABLO IVAN ACEVEDO VELAZQUEZ**

Debtor 2 (Spouse if, filing):

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO, SAN JUAN DIVISION

Case number (if known): **3:19-bk-6121**

■ Check if this is an amended filing

Official Form 106Dec
## Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X **/s/ PABLO IVAN ACEVEDO VELAZQUEZ**
PABLO IVAN ACEVEDO VELAZQUEZ
Signature of Debtor 1

X _____
Signature of Debtor 2

Date **December 20, 2019**

Date _____

```
Label Matrix for local noticing          POPULAR AUTO                              TOYOTA CREDIT DE PUERTO RICO
0104-3                                   PO BOX 366818                             MARTINEZ & TORRES LAW OFFICES PSC
Case 19-06121-MCF13                      SAN JUAN, PR 00936-6818                   PO BOX 192938
District of Puerto Rico                                                            SAN JUAN, PR 00919-3409
Old San Juan
Fri Dec 20 13:01:23 AST 2019

US Bankruptcy Court District of P.R.     American Express National Bank            Amex
Jose V Toledo Fed Bldg & US Courthouse   c/o Becket and Lee LLP                    PO Box 981537
300 Recinto Sur Street, Room 109         PO Box 3001                               El Paso, TX  79998-1537
San Juan, PR 00901-1964                  Malvern PA 19355-0701


Banco Popular de Puerto Rico             COOPERATIVA A/C LAS PIEDRAS               Cavalry Portfolio Serv
Bankruptcy Department                    APARTADO 414                              500 Summit Lake Dr
PO Box 366818                            LAS PIEDRAS PR 00771-0414                 Valhalla, NY 10595-2322
San Juan, PR  00936-6818


Cavalry SPV I, LLC                       Cbna                                      Citi
500 Summit Lake Drive, Ste 400           PO Box 6497                               PO Box 6190
Valhalla, NY 10595-2321                  Sioux Falls, SD  57117-6497               Sioux Falls, SD  57117-6190


Citibank NA                              Coop A/C Piedras                          Costco Wholesale Corporation
PO Box 790110                            PO Box 252                                999 Lake Dr
St Louis, MO  63179-0110                 Las Piedras, PR  00771-0252               Issaquah, WA 98027-5367


DEPARTMENT OF TREASURY                   Departamento de Hacienda                  LVNV Funding, LLC
         BANKRUPTCY SECTION 424 B        PO Box 9024140                            Resurgent Capital Services
         PO BOX 9024140                  San Juan, PR  00902-4140                  PO Box 10587
         SAN JUAN, PR 00902-4140                                                   Greenville, SC 29603-0587


POPULAR AUTO                             Popular Auto Leasing                      (p)PORTFOLIO RECOVERY ASSOCIATES LLC
BANKRUPTCY DEPARTMENT                    PO Box 362708                             PO BOX 41067
PO BOX 366818                            San Juan, PR  00936-2708                  NORFOLK VA 23541-1067
SAN JUAN PUERTO RICO 00936-6818


Sistema de Retiro AEE                    Syncb/Jc Penney Pr                        Syncb/Sams Club DC
PO Box 70375                             PO Box 965007                             PO Box 965005
San Juan, PR 00936-8375                  Orlando, FL  32896-5007                   Orlando, FL  32896-5005


Synchrony Bank                           Thd/Cbna                                  Toyota Credit de Puerto Rico
c/o of PRA Receivables Management, LLC   PO Box 6497                               PO Box 9013
PO Box 41021                             Sioux Falls, SD  57117-6497               Addison, Texas 75001-9013
Norfolk, VA 23541-1021


Toyota Motor Credit Co                   ALEJANDRO OLIVERAS RIVERA                 MONSITA LECAROZ ARRIBAS
PO Box 9786                              ALEJANDRO OLIVERAS CHAPTER 13 TRUS        OFFICE OF THE US TRUSTEE (UST)
Cedar Rapids, IA  52409-0004             PO BOX 9024062                            OCHOA BUILDING
                                         SAN JUAN, PR 00902-4062                   500 TANCA STREET  SUITE 301
                                                                                   SAN JUAN, PR 00901
```

PABLO IVAN ACEVEDO VELAZQUEZ
HC04 BOX 8360
AGUAS BUENAS, PR 00703-8851

ROBERTO FIGUEROA CARRASQUILLO
PO BOX 186
CAGUAS, PR 00726-0186

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

End of Label Matrix
Mailable recipients    31
Bypassed recipients     0
Total                  31