IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | * |
| | *    CASE NO. 19-06121 MCF |
| PABLO IVAN ACEVEDO VELAZQUEZ | * |
| | *    CHAPTER 13 |
| DEBTOR | * |

**DEBTOR'S MOTION REQUESTING COURT AUTHORIZATION
TO INCUR IN CREDIT/REFINANCING OF CAR LEASE BALANCE**

TO THE HONORABLE COURT:

NOW COMES, **PABLO IVAN ACEVEDO VELAZQUEZ,** the Debtor, through the undersigned attorney, and very respectfully states and prays as follows:

1. On October 22, 2019, the herein Debtor filed the above captioned bankruptcy case under Chapter 13, 11 USC §§1301 *et. seq.*

2. The Debtor's proposed *Amended Chapter 13 Plan* dated February 27, 2020, provides for Claim No. 7-1 filed by creditor Popular Auto, LLC, a car lease on a 2012 Subaru Impreza.

3. The car lease with Popular Auto matured on February 04, 2020, and the Debtor owes a "residual balance" on the car lease with said creditor and certain pre-petition arrears in the sum of $3,380.78, as per Claim No. 7-1 filed by Popular Auto.

4. Under the terms of the Debtor's *Amended Chapter 13 Plan*, the Debtor proposes to assume said car lease, whereby the Debtor is to pay current direct car lease payments to Popular Auto, LLC, and the pre-petition arrears to be paid through the refinancing of the car lease residual balance.

5. On February 26, 2020 the Debtor met with Popular Auto, LLC, and he (the Debtor] was qualified for a loan to refinance the residual balance, including the pre-petition arrears as per Claim No. 7-1.

Page – 2-
Request for Court Authorization for
Post-Petition Financing
Case no. 19-06121 MCF13

6. The Debtor and Popular Auto, LLC have agreed to the aforestated refinancing through Popular Auto, LLC, thus, the Debtor hereby requests the Court authorization to incur in a refinancing of the above stated residual balance owed to Popular Auto.

7. Under the terms of the new lease agreement, the Debtor is to pay Popular Auto, LLC the sum of $472.15 for forty-two (42) months.

8. The Debtor hereby respectfully requests this Honorable Court to approve and grant its authorization for the Debtor to obtain post-petition financing of the balance owed to Popular Auto, LLC, through the proposed post-petition refinancing.

9. Should the Court approve this post-petition refinancing the Debtor and creditors will benefit considering that creditor Popular Auto, LLC will be paid its balance owed, including the pre-petition arrears as per Claim No. 7-1 which are included in said refinancing; the Debtor will be able to retain his automobile, which is needed as transportation means to go to work; the previous lease payment of $788.00 will be reduced to $472.15, which will allow the Debtor a needed cushion to maintain current the proposed Plan payments to the Trustee; and, the Debtor will not receive any proceeds from said transaction.

10. The Debtor is current in the Plan payments to the Trustee and respectfully understands that he has the financial ability to incur in the post-petition loan with Popular Auto, LLC, thus, the Debtor respectfully requests that the Court grant authorization to incur in this post-petition loan refinancing and continue with the closing of the same with Popular Auto, LLC.

Page – 3-
Request for Court Authorization for
Post-Petition Financing
Case no. 19-06121 MCF13

11. Based on the aforementioned, the Debtor respectfully requests this motion be granted and the Court to enter an Order allowing the Debtor to incur in the post-petition loan refinancing as herein described. 11 U.S.C. Section 364; Rule 4001 (c) of the Federal Rules of Bankruptcy Procedure; Local Rule 4001-2, Local Bankruptcy Rules -DPR.

**WHEREFORE**, the Debtor respectfully requests this Honorable Court grant the present motion authorizing the Debtor to incur in the post-petition refinancing, as herein submitted.

**NOTICE: Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006 (f) if you were served by mail, any party against whom this paper has been served, or any other party to the action that objects to the relief sought herein shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.**

**I CERTIFY** that on this same date a copy of this motion was filed with the Clerk of the Court using the CM/ECF filing system which sill send notice of same to the Chapter 13 Trustee; U.S. Trustee's Office; and all system participants; I also certify that a copy of this motion was sent via US Mail to the Debtor; and to all creditors and parties in interest (EM/ECF non-participants) appearing in the master address list, hereby attached.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 27th day of February, 2020.

/s/Roberto Figueroa Carrasquillo
USDC #203624
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
ATTORNEY FOR the DEBTOR
PO BOX 186 CAGUAS PR 00726-0186
TEL NO 787-744-7699 FAX 787-746-5294
Email: rfc@rfigueroalaw.com

```
Label Matrix for local noticing      POPULAR AUTO                          TOYOTA CREDIT DE PUERTO RICO
0104-3                               PO BOX 366818                         MARTINEZ & TORRES LAW OFFICES PSC
Case 19-06121-MCF13                  SAN JUAN, PR 00936-6818               PO BOX 192938
District of Puerto Rico                                                    SAN JUAN, PR 00919-3409
Old San Juan
Thu Feb 27 13:41:59 AST 2020

US Bankruptcy Court District of P.R. American Express National Bank        Amex
Jose V Toledo Fed Bldg & US Courthouse c/o Becket and Lee LLP               PO Box 981537
300 Recinto Sur Street, Room 109     PO Box 3001                           El Paso, TX 79998-1537
San Juan, PR 00901-1964              Malvern PA 19355-0701


Banco Popular de Puerto Rico         COOPERATIVA A/C LAS PIEDRAS           Cavalry Portfolio Serv
Bankruptcy Department                APARTADO 414                          500 Summit Lake Dr
PO Box 366818                        LAS PIEDRAS PR 00771-0414             Valhalla, NY 10595-2322
San Juan, PR 00936-6818


Cavalry SPV I, LLC                   Cbna                                  Citi
500 Summit Lake Drive, Ste 400       PO Box 6497                           PO Box 6190
Valhalla, NY 10595-2321              Sioux Falls, SD 57117-6497            Sioux Falls, SD 57117-6190


Citibank NA                          Coop A/C Piedras                      Costco Wholesale Corporation
PO Box 790110                        PO Box 252                            999 Lake Dr
St Louis, MO 63179-0110              Las Piedras, PR 00771-0252            Issaquah, WA 98027-5367


DEPARTMENT OF TREASURY               Departamento de Hacienda              (p)JEFFERSON CAPITAL SYSTEMS LLC
         BANKRUPTCY SECTION 424 B    PO Box 9024140                        PO BOX 7999
         PO BOX 9024140              San Juan, PR 00902-4140               SAINT CLOUD MN 56302-7999
         SAN JUAN, PR 00902-4140


LVNV Funding, LLC                    POPULAR AUTO                          Popular Auto Leasing
Resurgent Capital Services           BANKRUPTCY DEPARTMENT                 PO Box 362708
PO Box 10587                         PO BOX 366818                         San Juan, PR 00936-2708
Greenville, SC 29603-0587            SAN JUAN PUERTO RICO 00936-6818


(p)PORTFOLIO RECOVERY ASSOCIATES LLC Sistema de Retiro AEE                 Syncb/Jc Penney Pr
PO BOX 41067                         PO Box 70375                          PO Box 965007
NORFOLK VA 23541-1067                San Juan, PR 00936-8375               Orlando, FL 32896-5007


Syncb/Sams Club DC                   Synchrony Bank                        Synchrony Bank
PO Box 965005                        c/o PRA Receivables Management, LLC   c/o of PRA Receivables Management, LLC
Orlando, FL 32896-5005               PO Box 41021                          PO Box 41021
                                     Norfolk VA 23541-1021                 Norfolk, VA 23541-1021


Thd/Cbna                             Toyota Credit de Puerto Rico          Toyota Motor Credit Co
PO Box 6497                          PO Box 9013                           PO Box 9786
Sioux Falls, SD 57117-6497           Addison, Texas 75001-9013             Cedar Rapids, IA 52409-0004
```

```
ALEJANDRO OLIVERAS RIVERA              MONSITA LECAROZ ARRIBAS          PABLO IVAN ACEVEDO VELAZQUEZ
ALEJANDRO OLIVERAS CHAPTER 13 TRUS     OFFICE OF THE US TRUSTEE (UST)   HC04 BOX 8360
PO BOX 9024062                         OCHOA BUILDING                   AGUAS BUENAS, PR 00703-8851
SAN JUAN, PR 00902-4062                500 TANCA STREET SUITE 301
                                       SAN JUAN, PR 00901

ROBERTO FIGUEROA CARRASQUILLO
PO BOX 186
CAGUAS, PR 00726-0186
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Jefferson Capital Systems LLC          Portfolio Recovery Associates, LLC    End of Label Matrix
Po Box 7999                            POB 12914                             Mailable recipients   33
Saint Cloud Mn 56302-9617              Norfolk VA 23541                      Bypassed recipients    0
                                                                             Total                 33
```