IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

PABLO IVAN ACEVEDO VELAZQUEZ

DEBTOR(S)

CASE NO. 19-06121-MCF
CHAPTER 13

## TRUSTEE'S REPORT ON CONFIRMATION

1. The applicable commitment period (years) is: 5

2. The liquidation value of the estate is $: $7,696 (PV:$8,927.36)

3. The general unsecured pool is $: 0.00

PLAN DATE: February 27, 2020          PLAN BASE: $21,780.00

TRUSTEE'S COMMENTS AND RECOMENDATIONS DATED: 4/2/2020

[ ] FAVORABLE          [X] UNFAVORABLE

1. [X] FAILS DISPOSABLE INCOME TEST § 1325(b)(1)(B):

If motion to obtain credit is approved, schedule J has to be amended to disclose current expenses and plan has to be amended to increase distribution to creditors.

2. [X] DOMESTIC SUPPORT OBLIGATION:

• Post-petition payments § 1325(a)(8): Provide evidence of DSO post-petition payment until confirmation date.

[X] OTHER:

3) All dependents are 18 or over however, expense for child care and education costs of $240 listed at line 8 of schedule J. Are those expenses additional to the child support? Also, per meeting of creditor, 24 years old daugther is married; however, was included as dependent.

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

/s/ Osmarie Navarro Martínez
Osmarie Navarro Martínez

Atty: ROBERTO FIGUEROA

USDC # 222611
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062
CMC - GB