IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

PABLO IVAN ACEVEDO VELAZQUEZ

DEBTOR(S)

CASE NO. 19-06121-MCF

CHAPTER 13

## TRUSTEE'S REPORT ON CONFIRMATION

1. The applicable commitment period (years) is: 5

2. The liquidation value of the estate is $: 7,696 (PV:$8,927)

3. The general unsecured pool is $: 0.00

AMENDED PLAN DATE: May 04, 2020     PLAN BASE: $34,728.00

TRUSTEE'S COMMENTS AND RECOMENDATIONS DATED: 5/11/2020

[ ] FAVORABLE        [X] UNFAVORABLE

**1. [X] DOMESTIC SUPPORT OBLIGATION:**

• Post-petition payments § 1325(a)(8): Provide evidence of being current with DSO payments with Ivonne N. Laboy. Debtor indicates on reply filed at dkt. 34 that evidence will be uploaded to trustee however, as of today this evidence has not been submitted.

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

/s/ Osmarie Navarro Martínez
Osmarie Navarro Martínez

Atty: ROBERTO FIGUEROA

USDC # 222611
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062
CMC - DA