IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

PABLO IVAN ACEVEDO VELAZQUEZ

DEBTOR

CASE NO 19-06121 MCF

CHAPTER 13

## DEBTOR'S MOTION IN COMPLIANCE WITH *ORDER* DOCKET NO. 48

**TO THE HONORABLE COURT:**

**COMES NOW, PABLO IVAN ACEVEDO VELAZQUEZ,** the Debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays as follows:

**1.** On August 02, 2021, this Honorable Court issued an *ORDER*, Docket No. 48 whereby the Debtor is granted 14 days to reply to the Trustee's unfavorable recommendation filed on 7/30/2021 (Docket No. 47) on the Debtor's proposed post-confirmation modified Plan, Docket No. 45, in the above captioned case.

**2.** That on August 02, 2021, the Debtor and the Chapter 13 Trustee discussed the pending matters concerning the issues raised by the Trustee in his unfavorable report (Docket No. 47) and on August 03, 2021, the Chapter 13 Trustee filed a *Trustee's Favorable Report on Post Confirmation Modified Plan Dated 7/29/2021*, Docket No. 49.

**3.** Based on the above stated, the Debtor respectfully requests that this Honorable Court be informed of the aforegoing in compliance with this Court's *ORDER*, Docket No. 48, in the above captioned case.

Page -2-
Debtor's Motion to Comply with *ORDER*
Case no. 19-06121 MCF13

**WHEREFORE**, the Debtor, through the undersigned attorney respectfully requests that this Honorable Court grant the foregoing motion in compliance with this Court's *ORDER* Docket No. 48, and enter an Order granting the Debtor's proposed post-confirmation modified Plan Docket No. 45, in the above captioned case.

**I CERTIFY** that on this same date a copy of this motion was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee, Alejandro Oliveras Rivera, Esq., and to all CM/ECF participants; I also certify that a copy of this motion was sent via US Mail to the Debtor Pablo Ivan Acevedo Velazquez, to his address of record.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 4th day of August, 2021.

/s/ Roberto Figueroa Carrasquillo
USDC #203614
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
ATTORNEY FOR the DEBTOR
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 787-963-7699
Email: rfc@rfigueroalaw.com